**FILED**

NOV 1 4 2023

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

_Missaula_ **DIVISION**

_Ronald P. Melvin_

Plaintiff,

-against-

_LAKE County SHeriff Office_
_Brooke Livingston - SHeriff_
_Austin Rubel - SHeriff_
_Montana HigHway Patrol_
_Andy Ivanoff - Trooper_

Defendants.

Case No. _CV-23-136-M-DLC-KLD_

**COMPLAINT**
_Pro Se_

Jury Trial Demanded  X Yes  ☐ No

_Knowing And Purposely_
_writing And Issuing_
_Felony D.U.I. citations_

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in _forma pauperis_.

_Plaintiff's Last Name_ _Melvin_

**INSTRUCTIONS**

1.  Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2.  The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3.  If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis. If you are a prisoner and your motion to proceed in forma pauperis is granted, the Court will assess an initial partial filing fee equal to 20% of the average monthly deposits to your prison account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison account for the same six-month period, whichever is greater. Thereafter, the balance of the $350.00 filing fee will be collected in installments equal to 20% of your preceding month's income any time the amount in your account exceeds $10.00. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. You will be required to continue making these payments even if you complaint is dismissed.

4.  Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee must be reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). The Court will dismiss your complaint before it is served on the defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention.

Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5.  Prisoners who have had three or more cases dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted (strikes) will not be permitted to file any further civil actions without prepaying the filing fee unless they are in imminent danger of serious harm. See 28 U.S.C. § 1915(g).

6.  Prisoners may not maintain more than two civil actions in forma pauperis at one time, unless the prisoner shows that he or she is under imminent danger of serious physical injury.

7.  The case caption (page 1 of this form) must indicate the proper Division for filing. The proper Division is where the alleged wrong(s) occurred. When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

Billings Division:    *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
**U.S. District Court Clerk, 2601 2nd Avenue North, Suite 1200, Billings, MT 59101**

Butte Division:    *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
**U.S. District Court Clerk, 400 N. Main, Butte, MT 59701**

Great Falls Division:  *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties* **(Crossroads Correctional Center is located in Toole County and all claims arising at CCC should be filed in Great Falls)**
**U.S. District Court Clerk, 125 Central Ave. West, Great Falls, MT 59404**

Helena Division:    *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties* **(Montana State Prison is located in Powell County and all claims arising at MSP should be filed in Helena)**
**U.S. District Court Clerk, 901 Front St., Ste 2100, Helena, MT 59626**

Missoula Division:   *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders Counties*
**U.S. District Court Clerk, P.O. Box 8537, Missoula, MT 59807**

*Plaintiff's Last Name*   Melvin

I.    **Parties to this Complaint**

A.    Plaintiff

Name: _Ronald P. Melvin_

All other names by which you have been known:

_____

_____

ID Number: _N/A_

Current Institution: _Released July 18, 2023_

Address: _____

_____

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☒    Other *(explain)* _Released July 18, 2023_

B.    Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1:

Name: _Brooke Livingston_

Job or Title: _Deputy_

Employer: _Lake County Sheriff Office_

Address: _106 4th Ave East_

_Polson, Mt 59860_

☐    Individual capacity        ☒    Official capacity

*Plaintiff's Last Name* _Melvin_

Defendant No. 2:

Name: Austin Rubel

Job or Title: Deputy

Employer: Lake County Sheriff Office

Address: 106 4th Ave East

Polson, Mt. 59860

☐ Individual capacity   ☒ Official capacity

Defendant No. 3:

Name: Andy Ivanoff

Job or Title: Trooper

Employer: Montana Highway Patrol

Address: 112 First Ave. S.W.

Ronan, MT. 59864

☐ Individual capacity   ☒ Official capacity

Defendant No. 4:

Name: _____

Job or Title: _____

Employer: _____

Address: _____

_____

☐ Individual capacity   ☐ Official capacity

**(NOTE:** *If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES").*

## II.   Basis for Jurisdiction

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☒   42 U.S.C. § 1983 (state, county, or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

*Plaintiff's Last Name* Melvin

III.    **Statement of Claim(s)**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A.    Count I:

1.    What federal constitutional or statutory right(s) do you claim is/are being violated by defendants?

ATTACHED

2.    What date and approximate time did the events giving rise to your claim(s) occur?

ATTACHED

3.    Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe what happened without citing legal arguments, cases, or statutes).

ATTACHED

4.    Defendants Involved: (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).

ATTACHED

*(**NOTE**: For each additional claim, use a blank sheet labeled "APPENDIX B. STATEMENT OF CLAIMS." You must address paragraphs III(A)(1-4) for each count., following the directions under paragraph III.*

*Plaintiff's Last Name* ___Melvin___

III    Statement of Claims

A.   Count I
1.   Statutory Right to defend myself in
     a court of law.

-    2.   On July 28, 2021 in Lake County, Montana
          Deputy Brooke Livingston wrote a citation
          for Driving under the Influence while
          operating a motor vehicle, a felony, Violation
     (A) section 61-8-401

     3.   The Court Date on the citation Shows
          the Defendant is Hereby Given Notice to
          Appear in Justice Court-495, County of
          Lake at 10:00 A.M. on or before the
          H TH Day of ~~July~~ Aug, 2021 to Answer
          This Charge 21-1775

     4.   Deputy Brooke Livingston issued this
          citation Knowing the Court Date was
          not Known.

          Prosecuting Attorney James LaPotica, states
          in cause DC-22-265 states Defendant failed
          to Appear in Justice court on or before
          the 14TH of August, 2021.

☐ STATE OF MONTANA
☐ CS&KT                                                    vs.

**THE DEFENDANT IS HEREBY
GIVEN NOTICE TO APPEAR IN**

☒ JUSTICE COURT - 495          ☐ CSKT TRIBAL COURT
106 4TH AVE EAST                       42487 Complex Bldv.
POLSON, MT 59860                       Pablo, MT 59855
(406) 883-7258                              (406) 675-2700 ext 1110

COUNTY OF **LAKE**

AT **1000**  ☐ PM   ☐ AM ON OR BEFORE THE **4TH** DAY

OF ~~JULY~~ **AUG** 20 **21** TO ANSWER
THIS CHARGE.
**21-1775**

PER MCA 61-5-214 - "Failure to
appear on a criminal charge or
comply with a criminal sentence
may result in the suspension of
YOUR driver's license or driving
privilege. In addition, your failure
to appear may result in the court
issuing a **WARRANT FOR YOUR
ARREST.**"

IF CHECKED ☑ PERSONAL APPEARANCE IN COURT REQUIRED

---

DEFENDANT NAME  FIRST **RONALD**  MIDDLE **PHILIP**  **MELVIN**

CITY **POLSON**   STATE **MT**   ZIP **59860**

SEX **M**  HT **5'08**  WT **170**  EYES **BRO**  HAIR **GR**   D.O.B.

THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING
☒ MONTANA CODE   ☐ TRIBAL CODE   ☐ COUNTY ORDINANCE
ON THE **28TH** DAY OF **JULY** 20 **21** AT **2020** HOURS
Military Time

IN THAT SAID DEFENDANT DID KNOWINGLY OR PURPOSELY OR NEGLIGENTLY COMMIT THE FOLLOWING OFFENSES:

VIO (A) SECTION **61-8-401**   BOND $ **FELONY**
DESCRIPTION **Driving Under the influence While
Operating a Motor Vehicle**

VIO (B) SECTION _____
DESCRIPTION _____

**RECEIVED**
**$ JAIL**
AS APPEARANCE BOND
**15-21**

NAMELY AT (LOCATION) **US HWY 93 MM39**
**ST IGNATIUS, MT**

SIGNATURE OF OFFICER              BADGE #

VEHICLE YEAR   VEHICLE COLOR **WH**

VEHICLE TYPE
☐ CAR        ☐ M/C
☐ PICKUP   ☐ TRUCK
☐ TRK/TRLR ☒ SUV

CIRCUMSTANCES OF THE OFFENSE

DC 22-265:

COMES NOW, JAMES LAPOTKA, Lake County Attorney, and being a person of lawful age, duly sworn upon his oath, hereby deposes and says:

I have reviewed the reports supplied to me by the Lake County Sheriff's Office. From these sources, it appears that, on or about July 28, 2021, in Lake County, Montana, Deputy Brook Livingston responded to a 911 call reporting a older adult male collapsed next to a white SUV in the northbound lane of highway 93. Livingston located the vehicle and observed an older adult male attempting to get into the vehicle which was in the ditch perpendicular to the roadway. Livingston asked the man if he was OK and he replied that he ran out of gas, however Livingston noticed the vehicle was in fact running. Livingston informed the man that an ambulance was on the way and asked him to step out of the vehicle. The man fell out of the vehicle, used the door for balance and stated that he was "good". Livingston asked if he had anything to drink today and the man replied he had a "few cans". Livingston identified the suspect as RONALD PHILLIP MELVIN (hereinafter Defendant) and had him perform a field sobriety test before administering a portable breath test that indicated he was well over the legal limit to operate a vehicle safely.

At the Lake County Jail the Defendant was asked to perform the standardized field tests and told Livingston he was "hella shitfaced" and repeatedly used that as his excuse for poor performance on the tests. The Defendant's driving history shows that he has three prior convictions for DUI. The Defendant consented to a blood draw and a sample was obtained at Saint Joeseph's hospital and sent to the Montana State Crime Lab where Toxicologist Justin Lyndes determined that the Defendant's BAC was .246 .

The Defendant was issued a citation to appear in Justice Court on or before the 14th of August, 2021. The Defendant failed to appear, and a bench warrant was issued for his arrest. The Defendant was again arrested for another felony DUI on May 4, 2022, and the bench warrant but the Jail did not incarcerate him and he was issued another citation for another Felony DUI with directions to appear in Justice court on or before May 18, 2022. Predictably, the Defendant failed to appear on the second citation and a second bench warrant was issued. On August 27, 2022, the Defendant was again arrested for a third felony DUI and his two outstanding warrants and

Appendix B

III   Statement of Claims

A.   Count II

1. Statutory Right To Defend myself in a court of law.

2. On May 4th, 2022 at approximately 11:00 AM as I was leaving Runan, I ran out of gas. I walked back to Runan, bought a gallon of gas and walked back to my vehicle.

3. Lake County Deputy Austin Rubel pulled in behind me as I was getting into the passenger side of the vehicle to rest. I explained to Officer Rubel I was tired from walking for gas and intended to rest before continueing my plans. Officer Rubel did not like the idea and decided to give me a ride home.

4. Sometime after Officer Rubel dropped me off at home, he wrote me a citation for the following offense: Vic (A) Section GL-8-1002(1)(a). Driving under the influence of Alcohol. A D.U.I. felony Offense.
Prosecuting Attorney James La Potka states in DC-22-268, the defendant was not taken into custody. No B.A.C. test was taken.

Appendix B

III  Statement of Claims

A.  Count II

4.  I have provided Austin Rubels Report dated
    5/04/2022 at 11:46.
    Page 4 of 5, Last Paragraph, states:
    Upon arriving at Lake County Detention without
    Incident, I advised dispatch of my ending
    mileage. I then handed Ronald over to
    Detention Officers and began writing Ronald's
    citation. Shortly after I cleared the call.
    Nothing further. Knowing and Purposely
    writing and issuing Felony D.U.I. citations.

COPY   **NOTICE TO APPEAR AND COMPLAINT**   ISSUED BY   LAKE COUNTY SHERIFF'S OFFICE   C15A 31667

☒ STATE OF MONTANA
☐ CS&KT_____          vs.   Ronald   R.   Melvin
☐ _____

LICENSE STATE   MT   EXPIRED (YES) NO

**THE DEFENDANT IS HEREBY GIVEN NOTICE TO APPEAR IN**

CITY   Polson   STATE MT   ZIP 59860

VEHICLE YEAR   VEHICLE COLOR Gray

☒ JUSTICE COURT - 495 106 4TH AVE EAST POLSON, MT 59860 (406) 883-7258

☐ CSKT TRIBAL COURT 42487 Complex Bldg. Pablo, MT 59855 (406) 675-2700 ext 1110

SEX M   HT. 6'8   WT. 165   EYES BRO   HAIR GRY   D.O.B. MO DAY YEAR

VEHICLE MAKE

OLN or SSN   STATE   EXP. YEAR

VEHICLE TYPE
☐ CAR   ☐ M/C
☐ PICKUP   ☐ TRUCK
☐ TRK/TRLR  ☒ SUV

COUNTY OF **LAKE**

HOME PHONE   EMPLOYER   BUSINESS PHONE

AT 1:00 ☐ PM ☒ AM ON OR BEFORE THE 18th DAY

OF May , 20 22 TO ANSWER THIS CHARGE.

**THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING**
☒ MONTANA CODE  ☐ TRIBAL CODE  ☐ COUNTY ORDINANCE

ON THE 4th DAY OF May , 20 22 , AT 11:46 HOURS Military Time

IN THAT SAID DEFENDANT DID KNOWINGLY OR PURPOSELY OR NEGLIGENTLY COMMIT THE FOLLOWING OFFENSES:

PER MCA 61-5-214 - "Failure to appear on a criminal charge or comply with a criminal sentence may result in the suspension of YOUR driver's license or driving privilege. In addition, your failure to appear may result in the court issuing a **WARRANT FOR YOUR ARREST.**"

VIO (A) SECTION 61-8-1002(1)(a)   BOND $ No bond

DESCRIPTION Driving under the influence of alcohol or drugs - 4th or subsequent offense.

VIO (B) SECTION /   BOND $ /

DESCRIPTION /

NAMELY AT (LOCATION) Duck Rd. / HWY 93

RECEIVED

$ B/R

AS APPEARANCE BOND

SIGNATURE OF OFFICER

15-14   BADGE #

IF CHECKED ☒ PERSONAL APPEARANCE IN COURT REQUIRED.

DOCKET NUMBER TK-22-512

1

```
Report Number: 2200000890 000    Lake County                                    Page 1 of 5
========================================================================================
Report Number: 2200000890 000    Report Date: 05/04/2022 11:46    Report Type: CRIME
CAD Number:    2022050422
Location: HIGHWAY 93/ DUCK RD
District/Zone:     CHARLO
          CHARLO, MT 59824                              Division:
Reporting Officer: 1514 - RUBEL,AUSTIN                  Date: 05/04/2022
UCR Status:                                             Date: 05/04/2022
Report Status:     CLOSED NO FURTHER ACTION             Date: 05/04/2022


Offenses:
--------------------------------Offense 1:-----------------------------------------
Offense Type:  2148 (J) - DUI ALC/DRUGS - 4TH OFFENSE OR GREATER  COMPLETED
Location:      HIGHWAY 93/ DUCK RD                           Date: 05/04/2022 11:46
               CHARLO, MT 59824                              End Date: 05/04/2022 11:46
NIBRS Code: 90D        UCR Code:                             State Code: 61-8-1002 (1)(A)
District/Zone:  CHARLO    Gang Activity: NONE/UNKNOWN        Type Criminal Activity:
Bias Motive:    NONE (NO BIAS)                              ___ Buying/Receiving
Location Type:  HIGHWAY/ROAD/ALLEY                          ___ Cultivating/Manufacturing


----------------------------------Person 1:----------------------------------------
Person Type:      Suspect, Arrestee
Person Name:      RONALD PHILLIP MELVIN
Date of Birth:    12/03/1954     Age:  067                Report Age: 067
Social Security:  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    Sex:  M     Race:  W     Ethnicity:  N
Hair Color:       GRAY/SILVER    Eyes: BROWN  Height: 5'08"  Weight:     170
Address:          00308 W 20TH AV PO
                  POLSON, MT 59860
Phone:            (406) 203-6528  Email:
Driver License:   120341954410    State: MT     Exp. Year:  2021

--------------------Suspect Information-------------


----------------------------------Person 2:----------------------------------------
Person Type:      Victim, Society
Person Name:      STATE OF MONTANA


----------------------Suspect/Offense Relationship--------------------------------
Suspect Name               Offense                  Description
MELVIN,RONALD P            2148 (J)                 DUI ALC/DRUGS - 4TH OFFENSE OR GREA

Vehicles:
----------------------------------Vehicle 1:---------------------------------------
Status:       Suspect
Make:         CHEVROLET      Model:   TAHOE        Style:       UTILITY VEHICLE
Year:         2003           Value:   $0.00        Engine Type:
Color 1:      GRAY           Color 2:
```

CONFIDENTIAL CRIMINAL JUSTICE INFORMATION, DO NOT DISSEMINATE UNDER PENALTY OF LAW

DC-22-268
003

Report Number: 2200000890-001   Lake County                                    Page 2 of 5
========================================================================

License #:      AALO02804          License State:        MT
VIN #:          1GNEK13ZX3R125921  Sticker Number:
Owner:
Driver:         MELVIN,RONALD P


Narrative:
Conducted a traffic stop in the Charlo area. Male driver was arrested for driving while
under the influence of alcohol- 4th or subsequent offense.  On 05/04/2022 at approximately
11:46 I was on routine patrol in the Charlo area. While traveling south bound on Highway
93, I observed a Chevrolet Tahoe parked on the shoulder of the highway near S and S
Sports. I pulled in behind the Chevrolet Tahoe and turned on my rear emergency lights. I
was going to conduct a motorist assist on the vehicle but the vehicle then merged back
onto the highway traveling south on Highway 93. At this time I noticed that the temporary
registration affixed to the rear bumper of the Tahoe was pushed into the license plate
hole of the vehicle obstructing the temporary registration. At this time I activated my
overhead emergency lights and advised dispatch that I would be conducting a traffic stop
with the Tahoe.
 Once the Tahoe came to a stop, I exited my patrol vehicle and approached the passenger
door. I made contact with the male driver and introduced myself. I informed the driver the
reason for the stop and asked for his drivers license and proof of insurance. The male
handed me his drivers license and proof of insurance. At this time I identified the driver
as Ronald Melvin. During this time I noticed that there were three open Coors Light 16oz
alcoholic beverage containers laying on the passenger side floorboard. I asked Ronald
about the three open alcoholic beverage containers and Ronald said that they were from
yesterday. I asked Ronald if he had consumed any alcoholic beverages today and Ronald said
that he had not. Ronald stated that he was on his way home from getting a haircut in
Ronan. I then asked Ronald if he could remove his sunglasses and I observed that Ronald's
eyes were watery but not bloodshot.
 At this time I walked back to my patrol vehicle and requested a return from dispatch on
Ronald. Dispatch advised that Ronald's drivers license was valid and that Ronald had an
active warrant for driving while under the influence of alcohol (DUI). Dispatch also
advised that Ronald had three prior convictions for DUI. I then exited my patrol vehicle
and approached the drivers side door of the vehicle. I made contact with Ronald commanding
Ronald out of the vehicle. I informed Ronald that he had an active warrant for his arrest
and escorted Ronald to the front of my patrol vehicle. I then informed Ronald that he was
under arrest for his active warrant and that I would be conducting search incident to
arrest on Ronald's person. I then asked Ronald if he would do some testing and Ronald
replied that he would. Ronald asked if he could do the tests barefoot in which I replied
that the choice was up to him.
 Horizontal Gaze Nystagmus:
 At this time I informed Ronald that the first test would be the horizontal gaze nystagmus
test. I gave Ronald the instructions for the test and shortly after began the test. During
the test, I had to tell Ronald several times to look at the top of my finger. During the
test I observed that Ronald had approximately equal pupil size and equal tracking. I did
not observe resting nystagmus in either of Ronald's eyes. During the test I observed lack
of smooth pursuit in both of Ronald's eyes (2 clues). I did not observe distinct and
sustained nystagmus at maximum deviation in either of Ronald's eyes. I did observe onset

======================================================================

of nystagmus prior to forty five degrees in both of Ronald's eyes (2 clues). I did not conduct the vertical gaze nystagmus portion of this testing. During the horizontal gaze nystagmus test Ronald scored four out of six clues on the test.

Walk and Turn:

After finishing the horizontal gaze nystagmus test, I informed Ronald that the next test would be the walk and turn test. I got Ronald into the starting position and began giving Ronald the instructions for the walk and turn test. While I was giving Ronald instructions on the test, Ronald could not keep his balance and moved out of the starting position (1 clue). Also while I was giving instruction to Ronald, Ronald started the walk and turn test too soon (1 clue). After finishing my instruction, Ronald began the test. During the walk and turn test I observed Ronald miss heal to toe (1 clue), step off line (1 clue), use his arms to balance (1 clue), and take the wrong number of steps (1 clue). On Ronald's walk back Ronald took eleven steps.   During the walk and turn test Ronald scored six out of eight clues on the test.

One Leg Stand:

After finishing the walk and turn test, I informed Ronald that the next test would be the one leg stand test. I got Ronald into the starting position and began giving Ronald instructions for the one leg stand test. A short time later Ronald began the one leg stand test. During the test I observed Ronald put his foot down (1 clue), sway while balancing (1 clue), and use his arms to balance (1 clue). During the one leg stand test Ronald scored three out of four clues on the test.

After finishing standard field sobriety testing with Ronald, I informed Ronald that I was seeing several indicators that he was under the influence of alcohol. I asked Ronald if he had anything in his mouth and observed that Ronald did not. I asked Ronald if he had anything in his mouth since the beginning of the traffic stop. Ronald said that he has not. I then escorted Ronald to the rear seat of my patrol vehicle and requested that dispatch start a twenty minute deprivation period.

Shortly after I began reading Ronald past advisory. I asked Ronald if he would provide a breath sample for the preliminary breath test (PBT) and Ronald said that he would provide a breath sample. Shortly after dispatch advised that Ronald's deprivation period had elapsed. Ronald then gave a breath sample on the PBT and Ronald's reading was .153. At this time I informed Ronald that he was under arrest for driving while under influence of alcohol (MCA 61-8-1002(1)(a)). I placed handcuffs on Ronald, checked for tightness and double locked the handcuffs.

I placed Ronald back into the rear seat of my patrol vehicle and fastened Ronald's seat belt. Ronald requested that his vehicle be locked up and left on the highway shoulder. Deputy Jernigan secured Ronald's vehicle and shortly after left the traffic stop. I then advised dispatch that I would be en route to Tribal Law and Order for DUI processing giving my starting mileage.

Upon arriving at Tribal Law and Order without incident, I advised dispatch of my ending mileage. I then handed Ronald over to Tribal Detention Officers. Shortly after I read Ronald implied consent and asked Ronald if he would provide a breath sample. Ronald stated that he would. I then began the intoxilyzer 8000 breath tests with Ronald. During this time my bodycam died. Ronald's intoxilyzer 8000 reading was .145. I then informed Ronald of the results and placed handcuffs back on Ronald. I checked for tightness and double locked the handcuffs. I then placed Ronald back into the rear seat of my patrol vehicle I then advised dispatch that I would be transporting Ronald to Lake County Detention giving

Report Number: 2200000890 000   Lake County

=================================================================

my starting mileage.

Upon arriving at Lake County Detention without incident, I advised dispatch of my ending mileage. I then handed Ronald over to Detention Officers and began writing Ronald's citation. Shortly after I cleared the call. Nothing further.


A. Rubel
LCSO 15-14


CAD Info:

| | | | |
|---|---|---|---|
| Date: | 05/04/2022 | Time: | 11:46 |
| CAD Inc. Type: | TS | Priority: | 5 |
| District/Zone: | SHERIFF | Dispo: | R |
| Dispatch Address: | US HWY 93 LC | | |
| Location of Call: | 0 DUCK | | |
| Act Inc. Type: | TS | Zip: | |
| Utility Coor: | | City Map: | |
| Plain Grid Coord: | - | | |
| Caller Name: | | Caller Number: | |
| Call Location: | | | |


CAD Equipment:

| | | | | | |
|---|---|---|---|---|---|
| Equipment No: | 1514 | Assignment Date: | 00//0000 | Scene: | 0 day(s) 11:46 |
| Officer 1: | 1514 | Assignment Time: | 0 day(s) 00:00 | Transport: | 0 day(s) 12:58 |
| Officer 2: | | Enroute: | 0 day(s) 00:00 | Arrive: | 0 day(s) 13:12 |
| In Area: | 0 day(s) 00:00 | | | Available: | 0 day(s) 14:39 |


CAD Remarks:
P>IC< TRAFFIC STO                                    114627


------DISPATCH REMARKS------
     CREAM CHEVY TAHOE WITH OBSTRUCTED PLATE                  220504/114627/DP001,CT911
LICENSE: AALO2804                    EXPIRES: 20220218        220504/115121/DP003,KH911
          REGISTRATION STATUS: EXPIRED                        220504/115121/DP003,KH911
               LICENSE TYPE: TM/TEMPORARY                     220504/115121/DP003,KH911
REGISTRATION PERMIT                   REGISTRATION            220504/115121/DP003,KH911
PERIOD: 20220109 TO 20220218                                 220504/115121/DP003,KH911
COLOR: GRAY                  YEAR: 2003                       220504/115121/DP003,KH911
     MAKE: CHEVROLET (CHEV)        MODEL: TAHOE               220504/115121/DP003,KH911
K1500           STYLE: UTILITY                                220504/115121/DP003,KH911
VEHICLE TYPE: RUGGED TERRAIN    VIN: 1GNEK13ZX3R125921        220504/115121/DP003,KH911
     TITLE STATE: MT                   NAME:                  220504/115121/DP003,KH911
MELVIN,RONALD PHILLI                                          220504/115121/DP003,KH911
     DATE OF BIRTH: 19541203   SEX: M   DRIVER LICENSE:       220504/115121/DP003,KH911
AAA0000430355     STATE: MT                                  220504/115121/DP003,KH911
STREET ADDRESS: 308 20TH AVE W                               220504/115121/DP003,KH911
     CITY: POLSON                      STATE: MT             220504/115121/DP003,KH911

CRIMINAL JUSTICE INFORMATION DO NOT DISSEMINATE UNDER PENALTY OF LAW

the Defendant, RONALD PHILLIP MELVIN, committed the offense of: COUNT 1: Driving Under the Influence of Alcohol or Drugs, Fourth or Subsequent Offense, a Felony, under MCA 61-8-401.

## DC 22-268:

COMES NOW, JAMES LAPOTKA, Lake County Attorney, and being a person of lawful age, duly sworn upon his oath, hereby deposes and says:

I have reviewed the reports supplied to me by the Lake County Sheriff's Office. From these sources, it appears that, on or about May 4, 2022, in Lake County, Montana, Deputy Austin Rubel observed a vehicle parked on the shoulder of Highway 93. Rubel pulled in behind the vehicle and activated his rear lights for safety intending on conducting a motorist assist if necessary. Before Rubel could check on the vehicle it merged back onto the highway. Rubel noticed that the vehicle's temporary registration was not properly displayed and was obstructed. Rubel conducted a traffic stop of the vehicle for failing to properly display it's registration.

Rubel identified the driver of the vehicle as RONALD PHILLIP MELVIN (hereinafter Defendant) and observed three open Coors Light tall boy cans on the floor of the passenger side. Rubel was informed that the Defendant had an outstanding warrant for a felony DUI and began his own DUI investigation. Rubel noticed the Defendant's eyes were watery. After performing poorly on a set of standardized filed tests the Defendant provided a breath sample for a portable breath device indicating he was under the influence. The Defendant was arrested and provided a breath sample for an Intoxilyzer 8000 unit indicating his BAC was .145 . the Defendant's driving history indicates he has three prior DUI convictions.

The defendant was issued a citation for this offense and not taken into custody on his prior warrant. The Defendant failed to appear on this citation, a second warrant was issued and the Defendant remained at liberty until he was arrested August 27, 2022 for a third felony DUI.

The Defendant is currently charged in DC-22-265 for a Fourth Offense DUI.

Appendix C

II   Statement of Claims

A.  Count III

1.  Statutory Right to Defend Myself in
    A court of Law

2.  On Aug. 27, 2022 at approximately 10:30 am
    I was pulled over by Trooper Andy Ivanoff
    on A speeding Violation.

3.  While writing the citation Trooper Andy
    Ivanoff called in to see if I had any
    outstanding warrants. I was Arrested for
    warrants on Count I and Count II of this
    complaint. At approximately 10:00 P.M that
    same day, I was issued Another D.U.I.
    citation while I was in Lake County Jail.

    Judge Randal L. Owens, Justice of the Peace,
    Dismissed the citation on September 6th, 2022.

4.  Trooper Andy Ivanoff for issuing A
    D.U.I. citation in lieu of A speeding
    citation at 10:00 P.M. while I was in
    Jail. No B.A.C. Test Taken. Knowing
    And Purposely writing and issuing Felony D.U.I
    Citations.

| COURT | NOTICE TO APPEAR AND COMPLAINT | MONTANA HIGHWAY PATROL | CITATION NUMBER 510 B137039 E |
|---|---|---|---|

**STATE OF MONTANA vs.**

**DEFENDANT**
NAME (FIRST MIDDLE LAST)
**RONALD PHILLIP MELVIN**
STREET ☐ ADDRESS DIFFERENT THAN REGISTRATION
**308 20TH AVE W**

| CITY | STATE | ZIP CODE |
|---|---|---|
| **POLSON** | **MT** | **59860** |

| SEX | WEIGHT | HEIGHT | HAIR | EYES | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|
| **M** | **165** | **508** | **BAL** | **BRO** | **12/03/1954** | **67** |

| HOME PHONE | EMPLOYER | EMPLOYER PHONE |
|---|---|---|

| DL / ID NUMBER | TYPE | STATE | EXPIRES ON | |
|---|---|---|---|---|
| **AAA0000430355** | **D** | **MT** | **12/03/2029** | ☐CDL |

**VEHICLE**

| | LICENSE & STATE | | EXPIRES ON |
|---|---|---|---|
| | **157143J** **MT** | | **5/31/2023** |

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| **2003** | **CHEVROLET (CHE** | **TAHOE** | **SPORT UTI** | **GRY** |

VIN **1GNEK13ZX3R125921**  ☐CMV  ☐HAZMAT  DOT NUMBER

**YOU ARE HEREBY GIVEN NOTICE TO APPEAR IN COURT**

COURT NAME
**LAKE COUNTY JUSTICE COURT**
LOCATED AT
**106 4TH AVENUE EAST, POLSON MT 59860**

| ON OR BEFORE | TIME | COURT TELEPHONE |
|---|---|---|
| **9/7/2022** | **0900AM** | **406-883-7260** |

TO ANSWER THIS CHARGE. FAILURE TO APPEAR IN COURT OR PAY ASSESSED FINES, COSTS OR RESTITUTION MAY RESULT IN THE SUSPENSION OF YOUR DRIVER'S LICENSE OR PRIVILEGE TO DRIVE. PLEASE READ THE BOTTOM HALF OF THIS CITATION FOR EXACT INSTRUCTIONS.

**YOUR APPEARANCE IN COURT IS MANDATORY**

**LOCATION OF OCCURRENCE**

| COUNTY OF | CITY OF (IF APPLICABLE) |
|---|---|
| **LAKE (15)** | **NOT IN CITY LIMITS (000)** |

NAME / DESCRIPTION OF ROADWAY OR LOCATION
**MM36 HWY93**

47.69188705    -114.16147764

**VIOLATION**  ☐ COMPANION
THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING
**MONTANA CODE    61-8-1002(1)(a) FELONY    V5108**
ON THE **27** DAY OF **AUGUST, 2022**    AT **10:01** PM
IN THAT SAID DEFENDANT DID KNOWINGLY OR PURPOSELY OR NEGLIGENTLY COMMIT THE FOLLOWING OFFENSE:
**Driving Under The Influence Of Alcohol and or Drugs - 4th or Subsequent Offense**

**OFFICER IDENTIFICATION AND SIGNATURE**
I hereby swear that all information contained in this document is true and correct to the best of my knowledge.

ORG / UNIT
**MHP247-63C**
I.D. NUMBER
**2255**

DATE/TIME OF ISSUE
**08/27/2022 22:01**

| RANK | NAME |
|---|---|
| **TROOPER** | **ANDY IVANOFF** |

DESCRIPTION OF VIOLATION
TRIBAL ASKED FOR ASSIST.ATTEMPTED TO DO SFST'S DRIVER WAS TO INTOXICATED TO PERFORM.SMELL OF STRONG INGESTED ALCOHOL.DRIVER NEEDED ASSISTANCE TO KEEP FROM FALLING. HAS 5 PRIORS.

| UNLAWFUL SPEED | APPLICABLE SPEED |
|---|---|

SPEED MEASUREMENT DEVICE

**APPEARANCE BOND**
AMOUNT **$.00**
RECEIVED **NONE**

☒ B/A TEST GIVEN    ☐ B/A TEST REFUSED

**BAC**

DOCKET NUMBER  TK-22-983

**COURT MINUTES**
For failure of the defendant **RONALD PHILLIP MELVIN** to appear, the Bond posted in the amount of $ 0.00 is ordered forfeited.

On this _____ day of _____, _____, defendant appeared, was advised of their constitutional rights, was arraigned, and entered a plea of:

_____

_____

_____

**FINANCIAL RECORD**

Amount Collected on Fine $ _____

Collection & Disbursement Journal Page No. _____    Date: _____

_____
*Judge, Justice of the Peace, or Magistrate*

SEP - 8 2022

POLSON OPD

1  Randal L Owens
   Justice of the Peace
   Lake County Courthouse
2  106 Fourth Avenue East
   Polson, MT 59860

3

4

### In the Justice Court of Lake County, Montana

| | |
|---|---|
| THE STATE OF MONTANA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD PHILLIP MELVIN,<br><br>Defendant. | Cause No. TK-22-983<br><br>O R D E R<br>TO DISMISS<br>WITHOUT PREJUDICE |

Upon motion of the State to dismiss in the above-captioned cause and good cause shown; therefore,

IT IS ORDERED that all charges herein are dismissed without prejudice.

DATED this 6 day of September, 2022.

_____
Justice Of The Peace
Randal L Owens, Presiding

cc:    LCAO
       OPD

ORDER TO DISMISS WITHOUT PREJUDICE

PAGE 1

IV.  **Injuries**
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.  (Do not cite legal arguments, cases, or statutes).   Attach additional pages if needed.

*(**NOTE**:  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C:  INJURY").*

V.  **Relief**
State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.  "APPENDIX D : Request For Relief "

*(**NOTE**:  If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D:  REQUEST FOR RELIEF").*

VI.  **Exhaustion of Administrative Remedies Administrative Procedures**
The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
   ☐    Yes              ☒    No
If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have

*Plaintiff's Last Name*  Melvin

Appendix D : Request For Relief "

V. Relief

Espunge my Record of the D.U.I. citations
in the complaint.

Monetary Damages    325 days incarcerated

$$\times\ 2600.00\ (\text{daily cost of an inmate})$$

$845,000.00

$$\times\quad 3\qquad \text{Punitive Damages}$$

$2,535,000.00

Punitive Damages for Knowing and Purposely
writing and issuing Felony D.U.I. citations.

a grievance procedure?

☐    Yes     ☐    No     ☒    Do not know

C.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

         ☐    Yes        ☐    No     N/A

D.     If you did file a grievance answer the following questions:    N/A

     1.     Where did you file the grievance?

     2.     What did you claim in your grievance?

     3.     What was the result, if any?

     4.     What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

E.     If you did not file a grievance, answer the following questions:    N/A

     1.     If there are any reasons why you did not file a grievance, state them here:

     2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

F.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(**NOTE***:  *You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VII.   Plaintiff's Declaration

A.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best
of my knowledge, information, and belief that this complaint: (1) is not being
presented for an improper purpose, such as to harass, cause unnecessary delay, or
needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will
likely have evidentiary support after a reasonable opportunity for further
investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

B.    I understand I must keep the Court informed of my current mailing address and
my failure to do so may result in dismissal of this Complaint without notice to me.

C.    I understand the Federal Rules of Civil Procedure prohibit litigants filing civil
complaints from using certain information in documents submitted to the Court.
In order to comply with these rules, I understand that:

- social security numbers, taxpayer identification numbers, and financial
account numbers must include only the last four digits (e.g., xxx-xx-5271,
xx-xxx5271, xxxxxxxx3567);
- birth dates must include the year of birth only (e.g., xx/xx/2001); and
- names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it
is my responsibility to black that information out before sending those documents to the Court.
I understand I am responsible for protecting the privacy of this information.

D.    I understand the submission of a false statement or answer to any question in this
complaint may subject me to penalties for perjury. I declare under penalty of
perjury that I am the Plaintiff in this action, I have read this complaint, and the
information I set forth herein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. §
1621.

Ronald P. Melvin
4201 South Ave w.

Executed at ___Missoula, Mt 59804___ on ___11-09___, 20 23.
                     (Location)                              (Date)

Signature of Plaintiff: ___RO P.mS___
Printed Name of Plaintiff: ___Ronald P. Melvin___

_____

City                              State              Zip Code

Plaintiff's Last Name ___Melvin___