UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD P. MELVIN,<br><br>            Plaintiff,<br><br>vs.<br><br>LAKE COUNTY SHERIFF'S OFFICE; BROOK LIVINGSTON, Deputy, Lake County Sherriff Office; AUSTIN RUBEL, Deputy, Lake County Sheriff Office; MONTANA HIGHWAY PATROL; ANDY IVANOFF, Trooper, Montana Highway Patrol,<br><br>            Defendant. | Case No. CV-23-136-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of May 8, 2024 (Doc. 11), this action is DISMISSED WITHOUT PREJUDICE.

      Dated this 9th day of May, 2024.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Sarah Nagy
                                    Sarah Nagy, Deputy Clerk